# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# EVANSVILLE DIVISION

| | |
|---|---|
| CYNTHIA SCHNAPF, individually and on behalf of a class of similarly situated individuals,<br><br>    Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>    Defendant. | Case No. 3:20-cv-00151-RLY-MPB |

## ORDER ON STIPULATION OF DISMISSAL

Plaintiff, CYNTHIA SCHNAPF, individually and on behalf of all others similarly situated, and Defendant, MIDLAND CREDIT MANAGEMENT, INC., through counsel, having filed with this Court their Stipulation of Dismissal, and the Court having reviewed the same, hereby ORDERED:

The Stipulation for Dismissal without prejudice is granted.

Dated: __11/06/2020__

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record