IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| CYNTHIA SCHNAPF, individually and on behalf of a class of similarly situated individuals,<br><br>　Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>　Defendant. | Case No. 3:20-cv-00151-RLY-MPB |

## AMENDED ORDER ON STIPULATION OF DISMISSAL

Plaintiff, CYNTHIA SCHNAPF, individually and on behalf of all others similarly situated, and Defendant, MIDLAND CREDIT MANAGEMENT, INC., through counsel, having filed with this Court their Stipulation of Dismissal, and the Court having reviewed the same, hereby ORDERED:

1. The Stipulation for Dismissal is granted. Plaintiff's individual claims are dismissed with prejudice, and the claims of putative class members are dismissed without prejudice.

SO ORDERED this 9th day of November 2020.

> _____
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

Distributed Electronically to Registered Counsel of Record